Michael J. Shepard (SBN 91281)
Megan Dixon (SBN 162895)
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
mjshepard@hhlaw.com
mdixon@hhlaw.com

Attorneys for Defendant
MAURICIO AGUILERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE EDUARDO RODRIGUEZ, et al.,<br><br>Defendants. | CASE NO.: 3:09-cr-0988-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TEMPORARILY AMENDING CONDITIONS OF RELEASE FOR DEFENDANT MAURICIO AGUILERA**<br><br>The Honorable James Larson |

1     WHEREAS, on November 20, 2009, Magistrate Judge James Larson signed an Order

2 Setting Conditions of Release and Appearance Bond for Defendant Mauricio Aguilera;

3     WHEREAS, that Order included the directive that "Defendant shall not travel outside the

4 Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte,

5 Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo,

6 Santa Clara, Santa Cruz, and Sonoma";

7     WHEREAS, Mr. Aguilera has requested permission to attend the funeral of his wife's

8 grandfather, which will take place on Friday, January 22, 2010 at the Scheer Memorial Chapel in

9 Oroville, California, (530) 533-5255, located in Butte County;

10     WHEREAS, Mr. Aguilera plans to depart at roughly 7 AM on January 22 and return to

11 the Northern District prior to his 10 PM curfew on that same day;

12     WHEREAS, neither the Assistant United States Attorney nor Mr. Aguilera's Pretrial

13 Services Officer objects to Mr. Aguilera leaving the Northern District of California to travel to

14 Butte County on Friday, January 22, 2010;

15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE
CASE NO.: 09-CR-0988 CRB

\\\057127/000207 - 39336 v1

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that:

1. Mr. Aguilera may leave the Northern District of California and travel to Butte County on Friday, January 22, 2010, and on that date only, without violating the conditions of his release.

IT IS SO STIPULATED.

Dated: January 21, 2010         HOGAN & HARTSON LLP

                                By:      /s/
                                     Michael J. Shepard

                                Attorneys for Defendant
                                MAURICIO AGUILERA

Dated: January 21, 2010         ASSISTANT UNITED STATES ATTORNEY

                                By:      /s/
                                     Thomas A. Colthurst

                                Attorney for Plaintiff

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: January 21, 2010         _____
                                THE HONORABLE JAMES LARSON
                                UNITED STATES MAGISTRATE JUDGE

2
STIPULATION AND [PROPOSED] ORDER TEMPORARILY AMENDING CONDITIONS OF RELEASE
CASE NO.: 09-CR-0988 CRB
\\\058224/000230 - 36729 v1

1  I, Michael J. Shepard, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Temporarily Amending Conditions of Release for Defendant
3  Mauricio Aguilera. In compliance with General Order 45, X.B., I hereby attest that Thomas
4  Colthurst concurred in this filing.

6  DATED: January 21, 2010        HOGAN & HARTSON LLP

8  By_____/s/_____
   Michael J. Shepard